UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY G. TERRY,<br>　　　　Plaintiff,<br>　　v.<br>DARYL L. DORSEY, et al.,<br>　　　　Defendants. | Case No. 20-07859 BLF (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at San Quentin State Prison ("SQSP"). On March 19, 2021, the Court dismissed the complaint with leave to amend within twenty-eight days of the order. Dkt. No. 9. Then on May 4, 2021, the Court *sua sponte* granted Plaintiff an extension of time since it was unclear whether Plaintiff had received the last court order. Dkt. No. 11. Plaintiff was granted another twenty-eight days, such that an amended complaint was due no later than June 1, 2021. *Id.*

The deadline has passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

**Dated:  \_\_\_\_July 7, 2021_____**

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.20\07859Terry_dism