UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY G. TERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARYL L. DORSEY, et al.,<br><br>　　　　Defendants. | Case No. 20-07859 BLF (PR)<br><br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

**Dated:** __July 7, 2021_____

　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.20\07859Terry_judgment